CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOKIT OPERATING, LLC, d/b/a BOOKIT.COM, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WF MEDIA SERVICES, INC., a California corporation, KIMBERLY FLETCHER a/k/a Kimberly Sperling, individually, and STEVEN WEXLER, individually,<br><br>Defendants. | Case No. 2:14-cv-05946 RSWL (AGRx)<br><br>**STIPULATED JUDGMENT AGAINST DEFENDANT STEVEN WEXLER** |

Pursuant to the Stipulation for Future Judgment ("Stipulation") by the Defendants, Kimberly Fletcher, Steven Wexler and WF Media Services, Inc., and good cause appearing therefore, the Court enters judgment against Steven Wexler, in favor of BookIt Operating, LLC, in the above-styled action, as follows:

///

///

///

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of BookIt Operating, LLC, d/b/a BookIt.com and against Steven Wexler, in the amount of $87,500.

2. Execution on this judgment may issue immediately.

3. Judgment to bear interest at the judgment rate.

Dated: 2/6/2019 By: _s/ RONALD S.W. LEW_
                                                               Hon. Ronald Lew
                                                               U.S. District Court Judge